Edward Antenen, Respondent, *v.* New York Telephone Company, Appellant.

(Argued April 17, 1936; decided May 1, 1936.)

*Irving W. Young, Jr., Edward F. Snydstrup, Hugh N. Wells* and *Frank M. Hays* for appellant.

*Daniel J. McAvoy* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts. (See *Miller* v. *Gimbel Bros., Inc.*, 262 N. Y. 107.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.